UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Chris Sevier

(Plaintiff)

V.

Alan Lowenthal, in his capacity as a member of Congress, Susan Davis, in her capacity as a member of Congress, Donald S. Beyer, in his capacity as a member of Congress, and Earl Blumenauer, in his capacity as a member of Congress

(Defendants)

Case No: 17-cv-570

Before The Honorable Judge

Randolph D. Moss

**COMPLAINT FOR INJUNCTIVE RELIEF**

**JURY DEMAND**

## MOTION FOR ECF FILING ACCESS

NOW COMES Chris Sevier, a former Judge Advocate General and Assistant United States Attorney, seeking permission for ECF filing access before this court in only this action. Plaintiff Sevier is a Court Officer in the Middle District Of Tennessee and the 6th Circuit Court of Appeal, pending application for officership before the United States Supreme Court. Plaintiff Sevier attended TJAGLCS in Charlottesville Virginia. Plaintiff Sevier has ECF filing access in all of the other cases he is involved in for good cause. Plaintiff Sevier has these items:

1. personal computer running a standard platform;

2. word processing software for creating pleadings and software use to convert pleadings to PDF;

3. PDF reading software used to read documents converted to PDF;

4. An email account and Internet service for sending and receiving emails;

5. Internet browser that is compatible with CM/ECF;

RECEIVED
Mail Room

MAY 25 2017

Angela P. ... Clerk of Court
U.S. District Court District of Col.

6. A PACER account with PACER login and password;

7. A document scanner. As a condition to obtaining an ECF login and password, Plaintiff Sevier understands and agrees to the following:

a. That he is required to maintain and keep the aforementioned systems in working order;

b. That he may only file electronic documents in the above referenced matter;

c. That the clerk's office will terminate his ECF Registration should an attorney subsequently file an appearance on his behalf in the above captioned case;

d. That the court may terminate his ECF Registration at any time for failure to comply with any of the above conditions of other conditions stated in the ECF Registration Form.

WHEREFORE, Plaintiff Sevier respectfully requests that the court grant his Motion to Obtain an ECF Login and Password and grant such other relief as is equitable and just.

/s/Chris Sevier/
9 Music Square South 247
Nashville, TN 37203
615 500 4411
ghostwarsmusic@gmail.com
BPR#026577
1LT 27A JAG _th SPF G
Ghost OP Echo Foxtrot Sierra