*Let this be docketed.*
*Randolph D. Moss*
*USDJ 10/4/17*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Chris Sevier

(Plaintiff)

V.

Alan Lowenthal, in his capacity as a member of Congress, Susan Davis, in her capacity as a member of Congress, Donald S. Beyer, in his capacity as a member of Congress, and Earl Blumenauer, in his capacity as a member of Congress

Case No: 1:17-cv-00570-RDM

(Defendants)

John Gunter Jr., Whitney Kohl, Joan Grace Harley

(Intervening Plaintiffs)

## LEAVE TO FILE BRIEF AMICUS CURIAE OF THE CENTER FOR GARDEN STATE FAMILIES IN SUPPORT OF THE PLAINTIFFS' CAUSES OF ACTION AND MOTIONS

Amici curiae respectfully move pursuant to Federal Rule of Civil Procedure 29 for leave to file the brief that accompanies this motion in support of Plaintiffs briefs and motions. The Mission of The Center for Garden State Families is to protect and promote faith, freedom and the natural family, in culture and public policy.[1] The Center for Garden State Families is a national non-profit organization that has supported, since its inception, many thousands of families of individuals with unwanted same-sex attraction who have made the personal decision to leave

---

[1] https://www.gardenstatefamilies.org . The Center for Garden State Families focuses on five main areas: Freedom of Religion, Freedom of Speech, Freedom of the Press, The Right of Assembly Redress of Grievances, and Opposing the alleged special rights of sexual minorities (LGBT).

**RECEIVED**

OCT - 2 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Col...

homosexuality. The Center for Garden State Families advocates for the ex-gay community and educates the public about sexual orientation. The Center for Garden State Families appears as *amicus* to address the purported immutability of homosexuality, which is relevant to whether this Court should continue to declare that sexual orientation is a new suspect class or whether sexual orientation mythology is a matter of religion flowing from the church of Secular Humanism.[2] For purposes of the Establishment Clause Secular Humanism, and with it, "gay marriage" are a religion according to the Supreme Court in *Torcaso v. Watkins*, 367 U.S. 488 (1961).[3]

The Center For Garden State Families has a strong interest in the outcome of this case. Many ex-gays who have been persecuted by the LGBTQ community work for or with or are affiliated with The Center For Garden State Families who have experienced personal coercion at the hands of the LGBTQ church, who continues to use government to oppress and marginalize non-observers to the their version of the religion of Secular Humanism. The Plaintiffs have asked the District Court to permit them to enjoy the same fundamental, individual, and existing right to marry that self-identified homosexuals are permitted, if and only if *Obergefell v. Hodge*, 192 L. Ed. 2d 609 (2015) is good law and its not overruled by the Establishment Clause for violating the three prongs of the Lemon Test. *Zablocki v. Redhail,* 434 U.S. 374, 384 (1978) (fundamental

---

[2] The Center for Garden State Families affirms sexual orientation is a fluid, transient, personal characteristic, and that individuals can and do change their sexual orientation and therefore self-asserted sex-based identity narratives that are questionably real, moral, and legal are not secular and are an extension of the church of Secular Humanism, Postmodern Western Moral Relativism, and Expressive Individualism. While all individuals are free to self-identify as whatever they want, neither the State nor the Federal Government can legally recognize parody marriages.

[3] See also *Washington Ethical Society v. District of Columbia*, 101 U.S.App.D.C. 371, 249 F.2d 127 (1957);; 2 Encyclopaedia of the Social Sciences, 293;; J. Archer, Faiths Men Live By 120—138, 254—313 (2d ed. revised by Purinton 1958);; Stokes & Pfeffer, supra, n. 3, at 560;;;; *Welsh v. U.S,* 1970398 U.S. 333 (U.S. Cal. June 15);; *Edwards v. Aguillard,* 482 U.S. 578, 583 (1987).

right); *Cleveland Bd. of Educ. v. LaFleur,* 414 U.S. 632, 63940 (1974) (personal choice); *Loving v. Virginia,* 388 U.S. 1, 12 (1967) (existing right/individual right); *Lawrence v. Texas,* 539 U.S. 558 (2003) (intimate choice). The evidence shows that all self-asserted sex-based identity narratives are governed under the exclusive jurisdiction of the Establishment Clause and that the Equal Protection And Substantive Due Process Clauses have been falsely used to enshrine a non-secular sham, to cultivate an indefensible legal weapon against non-observers, and to excessively entangle government with the religion of secular humanism.

The Amicus is also filing the same brief in similar cases in *Sevier et. al. v. Herbert et. al,* 2:16-cv-00659 (C.D. U.T. 2016), *Sevier et. al. v. Hickenlooper et. al.,* 17-cv-1750 (C.O.D. 2017), *Sevier et. al. v. Ivey et. al.*, 2:17-cv-01473 (N.D. A.L.2017), *Gunter et.al.v. Bryant et. al.,* 3:17-cv-00177-NBB-RP (N.D M.S. 2017), *Sevier et. al. v. Brown et. al.,* 3:17-cv-05046 (N.D. C.A. 2017), *Kohl et. al. v. Hutchinsen et. al.,* 4:17-cv-00598 (E.D. A.R. 2017), and *Sevier et. al. v. Lowenthal et. al.,* 1:17-cv-00570 (D.C. 2017). If the Court were to fail to permit Amicus filer to submit a brief here, it could lead to absurd and inconsistent judicial results.

The arguments being raised by the Plaintiffs were lurking in the shadows in *Obergefell v. Hodge,* 192 L. Ed. 2d 609 (2015) and are Constitutionally controlling. The evidence shows that a huge number of family groups and groups that are interested in defending the integrity of the United States Constitution have caught wind of this action and are interested in submitting briefs. The Court will find the law provided in the attached amicus brief compelling in the restoration of the Court's legitimacy and the integrity of the rule of law. Attached is the brief and leave should be granted for good cause shown.

/s/Anna C. Little, Esq./
Attorney at Law
426 Route 36, suite 3

PO Box 382
Highlands, NJ  07732
732 708 1309, 732 391 2134 **fax**
anna@annaclittleesq.com
www.annaclittleesq.com
Attorney For Amicus Curiae

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document and attached exhibits were mailed with adequate postage to the Defendants in this actions on September 29, 2017 to counsel at Sarah Edith Clouse U.S. HOUSE OF REPRESENTATIVES Office of General Counsel 219 Cannon House Office Building  Washington, DC 20515 (202) 225-9700 Fax: (202) 226-1360 Email: sarah.clouse@mail.house.gov;;  Chris Sevier 9 Music Square South 247 Nashville, TN 37203 615-500-4411 Email: ghostwarsmusic@gmail.com


/s/Anna C. Little, Esq./
Attorney at Law
426 Route 36, suite 3
PO Box 382
Highlands, NJ  07732
732 708 1309, 732 391 2134 **fax**
anna@annaclittleesq.com
www.annaclittleesq.com
Attorney For Amicus Curiae