UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Chris Sevier
(Plaintiff)

John Gunter Jr., Whitney Kohl, Joan
Grace Harley
(Intervening Plaintiffs) V.                         Case No: 1:17-cv-00570-RDM

Alan Lowenthal, in his capacity as a                The Honorable Judge Randolph D. Moss
member of Congress, Susan Davis, in her
capacity as a member of Congress, Donald
S. Beyer, in his capacity as a member of
Congress, and Earl Blumenauer, in his
capacity as a member of Congress
(Defendants)

## ORDER

The Court hereby ORDERS that the National Alliance of Black Pastors' Motion for Leave to File a Brief as Amicus Curiae be DOCKETED. The Court has taken the motion under consideration.

_____
The Honorable Judge Randolph D. Moss

FEB 1 2 2018