## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHRIS SEVIER,

        *Plaintiff,*

    v.

ALAN LOWENTHAL, U.S. Representative
for California's 47th Congressional District,
*et al.,*

        *Defendants.*

Civil Action No. 17-570 (RDM)

## <u>ORDER</u>

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Defendants' motion to dismiss, Dkt. 8, is **GRANTED**; and it is further

**ORDERED** that the motion to intervene, Dkt. 5, is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion to amend the complaint, Dkt. 25, is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion to file an overlength reply in support of the motion to amend the Complaint, Dkt. 30, is **GRANTED**; and it is further

**ORDERED** that Plaintiff's motion to file an overlength surreply to the motion to dismiss, Dkt. 32, is **DENIED**; and it is further

**ORDERED** that the motions for summary judgment filed by the proposed intervenors, Dkt. 34; Dkt. 47, are **DENIED**; and it is further

**ORDERED** that Plaintiff's motion for a scheduling conference, Dkt. 36, is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion to strike, Dkt. 40, is **DENIED**; and it is further

**ORDERED** that Plaintiff's motions to supplement, Dkt. 41; Dkt. 46, are **DENIED**; and it is further

**ORDERED** that the motions for leave to file amicus briefs filed by the National Alliance of Black Pastors, Dkt. 48, and Coalition of Doctors Defending Reparative Therapy, Dkt. 49, are **GRANTED** and that the briefs shall be deemed **FILED**; and it is further

**ORDERED** that this case is **DISMISSED**.

This Order constitutes the final judgment of the Court within the meaning of Federal Rule of Civil Procedure 58(a).

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  March 26, 2018